# UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
### ORLANDO DIVISION

**RHONDA MARLENE RHODES,**

      **Plaintiff,**

**-vs-**                                                Case No. 6:10-cv-1254-Orl-31GJK

**COMMISSIONER OF SOCIAL SECURITY,**

      **Defendant.**

_____

## ORDER

This cause comes before the Court on the Complaint (Doc. No. 1) filed by Plaintiff on August 23, 2010, to appeal the final decision of the Commissioner of Social Security (the Commissioner) to deny her Supplemental Security Income.

On August 4, 2011, the United States Magistrate Judge issued a report (Doc. No. 21) recommending that the decision of the Commissioner be reversed and the case be remanded. No objections have been filed. Therefore, it is **ORDERED** as follows:

1. The Report and Recommendation is **CONFIRMED** and **ADOPTED** as part of this Order.

2. The decision of the Commissioner is **REVERSED** and the case is **REMANDED** pursuant to sentence four of 42 U.S.C. § 405(g).

3. The Clerk of Court is directed to enter judgment in accordance with this order and thereafter close the file.

**DONE** and **ORDERED** in Chambers, Orlando, Florida on August 22, 2011.

Copies furnished to:

Counsel of Record
Unrepresented Party

                                                                  GREGORY A. PRESNELL
                                                        UNITED STATES DISTRICT JUDGE